# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JERRELL ARMONT,

    Plaintiff,

v.                                                       Case No. 3:19-cv-334-J-34MCR

K12 (FLORIDA CYBER CHARTER
ACADEMY – FLCCA),

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on the Report and Recommendation (Dkt. No. 30; Report), entered by the Honorable Monte C. Richardson, United States Magistrate Judge, on December 26, 2019. In the Report, Judge Richardson recommends that Defendant's Motion to Compel Arbitration and Stay Proceedings (Dkt. No. 6) be granted, that the parties be directed to submit to arbitration and to file periodic status reports, and that this case be stayed and administratively closed pending the completion of the arbitration. See Report at 1, 27. No objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of fact are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615 at *1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. The Court **ADOPTS** the recommended resolution of Defendant's Motion to Compel Arbitration and Stay Proceedings.

2. Defendant's Motion to Compel Arbitration and Stay Proceedings (Dkt. No. 6) is **GRANTED**.

3. The parties are directed to submit to arbitration as set forth in the Arbitration Agreement.

4. This case is hereby **STAYED** pending the completion of the arbitration proceedings. The Clerk of Court is directed to terminate any pending motions and administratively close the file pending notification from the parties that the case is due to be reopened or dismissed.

5. The parties shall file a joint status report upon the conclusion of the arbitration. If the arbitration is not completed by **July 23, 2020**, then the parties shall file a joint status report at that time and every 120 days thereafter until the arbitration is completed.

**DONE AND ORDERED** in Jacksonville, Florida this 23rd day of January, 2020.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

Pro Se Parties